Overruled by V-803 and Withdrawn